UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES CARVER, as President of the Nassau
County Police Benevolent Association,
GARY LEARNED, as President of the Superior
Officers Association of Nassau County, and
THOMAS R. WILLDIGG, as President of the
Nassau County Police Detectives' Association,
Inc.,

                    Plaintiffs,

              -against-

NASSAU COUNTY INTERIM FINANCE
AUTHORITY, RONALD A. STACK,
LEONARD D. STEINMAN, ROBERT A.
WILD, CHRISTOPHER P. WRIGHT,
GEORGE J. MARLIN, THOMAS W.
STOKES, in their official capacities as
directors/members of the Nassau County
Interim Finance Authority, EDWARD
MANGANO, in his official capacity as
COUNTY EXECUTIVE OF NASSAU
COUNTY, COUNTY OF NASSAU, and
GEORGE MARAGOS, in his official capacity
as NASSAU COUNTY COMPTROLLER,

                    Defendants.
----------------------------------------------------------X
APPEARANCES:

    STROOCK & STROOCK & LAVAN LLP
    BY: ALAN A. KLINGER, ESQ.
    180 Maiden Lane
    New York, New York 10038

    GREENBERG BURZICHELLI GREENBERG P.C.
    BY: HARRY GREENBERG, ESQ.
    3000 Marcus Avenue, Suite 1W7

    Lake Success, New York 11042
    Attorneys for Plaintiffs

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 03 2013   ★

LONG ISLAND OFFICE

MEMORANDUM AND ORDER

CV 11-1614

(Wexler, J.)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
BY: CHRISTOPHER GUNTHER, ESQ.
Four Times Square
New York, New York 10036-6522
Attorneys for Defendants
Nassau County Interim Finance Authority and
Individual Directors/Members

JACKSON LEWIS LLP
BY: MARK L. SUSSMAN, ESQ.
58 South Service Road, Suite 410
Melville, New York 11747
Attorneys for Defendants County of Nassau
Edward Mangano and George Maragos

WEXLER, District Judge

In a Memorandum and Order dated September 25, 2013, this court asked Plaintiffs to inform the court as to their intent with respect to pursuing their state law statutory construction claim in a state forum. Plaintiffs have informed the court that they will soon commence a state action. In view of Plaintiffs' election and the opinion of the Second Circuit in <u>Carver v. Nassau County Interim Finance Authority</u>, No. 13-0801, 13-840 (September 20, 2013), this court will exercise its discretion to stay this federal action pending completion of the state court proceedings.

Accordingly, the Clerk of the Court is directed to close the file in this case at this time. The closing of this matter is without prejudice to re-opening, upon letter application, at the conclusion of the state court proceedings.

SO ORDERED.

s/ Leonard D. Wexler
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
October 3, 2013